DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
11 JUNE 2014

| 071P14 | State v. Ramil Marque Council | 1. Def's NOA Based Upon a Constitutional Question (COA13-607) | 1. --- |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 072P14 | State v. Charles Anthony McGrady | Def's PDR Under N.C.G.S. § 7A-31 (COA13-330) | Allowed |
| 076P14 | State v. William Lee Hall | 1. State's Motion for Temporary Stay | 1. Allowed 03/06/2014 Dissolved 06/11/2014 |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 (COA13-729) | 3. Denied |
| 077P14 | National Enterprises Incorporated, a California Corporation v. John W. Hughes a/k/a John W. Hughes, III and Kathryn Hughes a/k/a Kathryn H. Hughes | Defs' PDR Under N.C.G.S. § 7A-31 (COA13-820) | Denied |
| 084P14 | In the Matter of: C.W.F | State's PDR Under N.C.G.S. § 7A-31 (COA13-444) | Allowed |
| 086P14 | James P. Torrence, Sr., and Tonya Burke, on behalf of themselves and all other persons simi-larly situated v. Nationwide Budget Finance, QC Holdings, Inc., QC Financial Services, Inc., Financial Services of N.C., Inc., and Don Early | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA12-453) | 1. Denied |
| | | 2. Plts' Petition for *Writ of Certiorari* to Review Order of Superior Court of New Hanover County | 2. Denied |
| 089P14 | In the Matter of: A.P. | Respondent-Father's PDR Under N.C.G.S. § 7A-31 (COA13-674) | Denied |